**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **PETER MARTIN BERNARD, 581959,**            ) | |
| Petitioner,            ) | |
| ) | |
| v.            ) | No. 3:06-CV-462-K |
| ) | ECF |
| **DOUGLAS DRETKE, Director**            ) | |
| **Texas Department of Criminal Justice,**            ) | |
| **Correctional Institutions Division**            ) | |
| Respondent.            ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this   24th   day of   April  , 2006.


                                                           s/Ed Kinkeade
                                                           ED KINKEADE
                                                           UNITED STATES DISTRICT JUDGE